

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00655-CR

**EX PARTE** Paulin Gonzalez **DEL GADILLO**

From the County Court, Kinney County, Texas
Trial Court No. 10855CR
Honorable Susan D. Reed, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE SPEARS

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED September 17, 2025.

_____
Rebeca C. Martinez, Chief Justice